# EXHIBIT A



## CORPORATION FILE DETAIL REPORT

| File Number | 69019196 | | |
|---|---|---|---|
| Entity Name | I.C. SYSTEM, INC. | | |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 06/27/2013 | State | MINNESOTA |
| Agent Name | DAVID SCHULTZ | Agent Change Date | 06/27/2013 |
| Agent Street Address | 222 N LASALLE ST #300 | President Name & Address | JOHN A ERICKSON IV PO BOX 64444 ST. PAUL, MN 55164 |
| Agent City | CHICAGO | Secretary Name & Address | SAME |
| Agent Zip | 60601 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 08/01/2016 | For Year | 2016 |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B

Print this Listing

10/7/2016    Illinois Division of Professional Regulation    4:28:43 PM

**SEARCH FOR LICENSEE BY PROFESSION:**
**Collection Agency, Licensed**
**THERE ARE 1 RECORDS WHOSE NAME CONTAINS: i c system**

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| I C System Inc | | 017000165 | ACTIVE | Saint Paul, MN | 01/01/1998 | 05/31/2018 | N |

**Page 1**

# EXHIBIT C

## Community Lawyers Group
73 W. Monroe Street, Suite 502
Chicago, Illinois 60603
PH: (312)765-7561
Fx: (312)476-1362

April 29, 2016

I C System, Inc.
P.O. Box 64378
Saint Paul, MN 55164

Re:    **SEAN MARTIN**

       *ACCOUNT #*      *(AT&T)*
       *Last 4 of Social:*

Dear Sir or Madam:

The above referenced client is represented by our firm regarding all matters in connection with the above referenced debt, please direct any future communication regarding this account to our office. This client regrets not being able to pay, however, at this time they are insolvent, as their monthly expenses exceed the amount of income they receive, and the debt reported on the credit report is not accurate. If their circumstances should change, we will be in touch.

If you wish to discuss this matter, please contact our office directly at (312)765-7561 to speak with the attorney assigned to the matter, Celetha Chatman.

Sincerely,
/s/ Celetha Chatman

Client Name:

SEAN MARTIN

# EXHIBIT D

**Equifax Credit Report™ for Sean P. Martin**

| IC SYSTEMS | |
|---|---|
| Agency Address: | 444 Highway 96 E<br>Saint Paul, MN 551272557<br>(888) 735-0516 |
| Date Reported: | 09/2016 |
| Date Assigned: | 11/2012 |
| Creditor Classification: | Cable/Cellular |
| Creditor Name: | ATT |
| Accounts Number: | ▇▇▇▇▇▇▇ |
| Account Owner: | Individual Account. |
| Original Amount Owned: | $119 |
| Date of 1 st Delinquency: | 06/2011 |
| Balance Date: | 09/2016 |
| Balance Owned: | $119 |
| Last Payment Date : | N/A |
| Status Date: | 09/2016 |
| Status: | D - Unpaid |
| Comments: | N/A |